# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*Capital Habeas Unit*

FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA

| | |
|---|---|
| SUITE 545 WEST – THE CURTIS | PHONE NUMBER (215) 928-0520 |
| 601 WALNUT STREET | FAX NUMBER    (215) 928-0826 |
| PHILADELPHIA, PA 19106 | FAX NUMBER    (215) 928-3508 |

**HELEN A. MARINO**
INTERIM CHIEF FEDERAL DEFENDER

January 30, 2023

Monica R. Washington
Death Penalty/Pro Se Clerk
U.S. 5th Circuit of Appeals
600 S. Maestri Place
Suite 115
New Orleans, LA 70130
(Filed through ECF and thereby served on opposing counsel)

Re:     23-10092 – Wesley Lynn Ruiz – Execution Date 2/1/23

Dear Ms. Washington,

This letter is to advise the court that we will not be pursuing this litigation any further and will not file a Motion For Authorization to File A Successive Petition.

Thank you for your attention in this matter.

Sincerely,

/s/ Shawn Nolan

Shawn Nolan, Chief
Capital Habeas Unit